## Jack Grodzins, Appellee, v. Novadel-Agene Corporation, Appellant.

**Gen. No. 43,901.**

opinion filed December 17, 1947; released for publication January 9, 1948. Frederick A. Lind, for appellant; I. Roy Ross, of counsel; no appearance for appellee. Opinion by PRESIDING JUSTICE LEWE. **Not to be published in full.**